FILED

01/13/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0698

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0698

_____

HENRY MARTYN HALL, IV,

     Petitioner,

    v.

JEREMIAH PETERSON, MISSOULA COUNTY
SHERIFF, and BRIAN GOOTKIN, DIRECTOR,
MONTANA DEPARTMENT OF
CORRECTIONS,

     Respondents.

ORDER

_____

Petitioner Henry Martyn Hall, IV, via counsel, moves this Court for leave to file a reply brief to the response filed to his petition for writ of habeas corpus. Hall explains that he wishes to address the mootness and ripeness arguments raised in the response.

With good cause appearing, and pursuant to M. R. App. P. 14(7)(a),

IT IS THEREFORE ORDERED that the motion for leave to file a reply brief is GRANTED.

IT IS FURTHER ORDERED that Hall shall have 14 days from the date of this Order in which to prepare, file, and serve his reply brief, and the brief shall not exceed 2,000 words.

The Clerk is directed to serve a copy of this Order upon all counsel of record.

Electronically signed by:
Katherine M Bidegaray
Justice, Montana Supreme Court
January 13 2025